Claude Ivory JAMES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28460.

Court of Criminal Appeals of Texas.

June 30, 1956.

C. W. FOWLER, Appellant,

v.

The STATE of Texas, Appellee.

No. 28355.

Court of Criminal Appeals of Texas.

June 20, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

No attorney for appellant.

Ralph Prince, Criminal Dist. Atty., Longview, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for transporting alcoholic beverages in a dry area, with punishment assessed at a fine of $300.

The record on appeal contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed and no motion for rehearing will be entertained in this case.

PER CURIAM.

The offense is aggravated assault with a motor vehicle; the punishment, 6 months in jail and a fine of $25.

As required by Article 827, V.A.C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.